FILED-CLERK
U.S. DISTRICT COURT

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS 2013 JUN 27 PM 1:03
TEXARKANA DIVISION

TEXAS-EASTERN

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | BY_____ |
| v. | § | No. 5:13-CR-_13_ |
| | § | (Judge _MHS/CMC_) |
| SHANNON GUESS RICHARDSON | § | |

## INDICTMENT

THE UNITED STATES GRAND JURY CHARGES:

### COUNT 1

VIOLATION: 18 U.S.C. § 871(a)
[Threat Against President of the United States]

On or about May 20, 2013, in the Eastern District of Texas, the defendant, **Shannon Guess Richardson**, did knowingly and willfully deposit for conveyance in the mail and for a delivery from any post office and by any letter carrier a letter, paper, writing, and document containing a threat to inflict bodily harm upon the President of the United States, specifically a letter containing the toxin ricin and the following language:

> You will have to kill me and my family before you get my guns.
> Anyone wants to come to my house will get shot in the face. I
> served in the united states army and because your muslim ass will
> probly never be able to retire. I will have to work until I take my last
> breath. I deserve better and so do my wife and kiddos. I will take
> care of this myself and make sure you wont be runnin this country in
> the ground any further. What's in this letter is nothing compared to
> what ive got in store for you mr president.

All in violation of 18 U.S.C. § 871(a).

## COUNT 2

VIOLATION: 18 U.S.C. § 876(c)
[Mailing Threatening Communication]

On or about May 20, 2013, in the Eastern District of Texas, the defendant, **Shannon Guess Richardson**, did knowingly deposit in any post office or authorized depository for mail matter, to be sent and delivered by the Postal Service and knowingly caused to be delivered by the Postal Service according to the direction thereon, a communication addressed to Mayor Michael Bloomberg, City Hall, New York, NY 10007, and containing a threat to injure the person of the addressee, specifically a letter containing the toxin ricin and the following language:

> You will have to kill me and my family before you get my guns. Anyone wants to come to my house will get shot in the face. The right to bear arms is my constitutional God given right and I will excersice that right til the day I die. whats in this letter is nothing compared to what ive got planned for you.

All in violation of 18 U.S.C. § 876(c).

**Indictment – Page 2**

## COUNT 3

VIOLATION: 18 U.S.C. § 876(c)
[Mailing Threatening Communication]

On or about May 20, 2013, in the Eastern District of Texas, the defendant, **Shannon Guess Richardson**, did knowingly deposit in any post office or authorized depository for mail matter, to be sent and delivered by the Postal Service and knowingly caused to be delivered by the Postal Service according to the direction thereon, a communication addressed to Mark Glaze, The Raben Group, 1640 Rhode Island Ave. NW, Suite 600, Washington, D.C. 20036, and containing a threat to injure the person of the addressee, specifically a letter containing the toxin ricin and the following language:

> You will have to kill me and my family before you get my guns. Anyone wants to come to my house will get shot in the face. The right to bear arms is my constitutional God given right and I will excersice that right til the day I die. whats in this letter is nothing compared to what ive got planned for you.

All in violation of 18 U.S.C. § 876(c).

Indictment – Page 3

A TRUE BILL

Date: 6-27-13

GRAND JURY FOREPERSON: DGR

JOHN M. BALES
UNITED STATES ATTORNEY

L. Frank Coan, Jr.
Assistant United States Attorney
Bar No. 170966 (Georgia)
110 N. College, Suite 700
Tyler, Texas  75702
(903) 590-1400
(903) 590-1439 Fax
frank.coan@usdoj.gov

D. Ryan Locker
Assistant United States Attorney
Bar Card No. 24046307
500 State Line Avenue, Suite 402
Texarkana, Texas  75504
(903) 794-9481
(903) 792-5164 (fax)
ryan.locker@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § § | |
| v. | § § § | No. 5:13-CR-____ (Judge _____) |
| SHANNON GUESS RICHARDSON | § | |

### NOTICE OF PENALTY

### COUNT 1

VIOLATION:  18 U.S.C. § 871(a)

Imprisonment for not more than 5 years; a fine of not more than $250,000; a term of supervised release of not more than 3 years.

SPECIAL ASSESSMENT:  $100.00

### COUNTS 2-3

VIOLATION:  18 U.S.C. § 876(c)

Imprisonment for not more than 5 years; a fine of not more than $250,000; a term of supervised release of not more than 3 years.

SPECIAL ASSESSMENT:  $100.00

**Indictment – Page 5**