IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| VS. | § | CASE NUMBER: 5:13CR13 |
| SHANNON RICHARDSON | § | |

**O R D E R**

This case is set for **Pretrial Conference** on **October 7, 2013, at 9:00 a.m.** before United States District Judge Michael Schneider in Texarkana, Texas. Jury selection and trial will be announced at the pretrial conference.

It is, further, ORDERED that, pursuant to Federal Rule of Criminal Procedure 11(e)(5) and the holding of the Fifth Circuit Court of Appeals in *United States of America v. Ellis,* 547 F.2d 863 (5th Cir. 1977), the deadline for notifying the Court of any plea bargain or plea agreement entered into by the parties in this cause is **September 30, 2013, at 3:00 p.m.** No plea bargain or plea agreement entered into after that date shall be honored by this Court without good cause shown for the delay.

**SIGNED this 28th day of August, 2013.**

CAROLINE M. CRAVEN
UNITED STATES MAGISTRATE JUDGE