IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 5:13-CR-13 |
| | § | (Judge Schneider) |
| SHANNON GUESS RICHARDSON | § | |

## NOTICE OF PLEA AGREEMENT

NOW COMES the United States, by and through the undersigned Assistant United States Attorney, and would show the Court that defendant, **Shannon Guess Richardson**, and the government have entered into a plea agreement concerning the charges now pending before the Court.

Respectfully submitted,

JOHN M. BALES
UNITED STATES ATTORNEY

*/s/ L. Frank Coan, Jr.*
L. Frank Coan, Jr.
Assistant United States Attorney
Bar No. 170966 (Georgia)
110 N. College, Suite 700
Tyler, Texas  75702
(903) 590-1400
(903) 590-1439 Fax
frank.coan@usdoj.gov

**Notice of Plea Agreement - Page 1**

IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| | § | |
| v. | § | No. 5:13-CR-13 |
| | § | (Judge Schneider) |
| SHANNON GUESS RICHARDSON | § | |

## CERTIFICATE OF SERVICE

I hereby certify that a true and correct copy of this pleading has been served on counsel for the defendant via the Court's CM/ECF filing system on this the 21st day of November, 2013.

/s/ L. Frank Coan, Jr.
L. Frank Coan, Jr.

**Notice of Plea Agreement - Page 2**