UNITED STATES DISTRICT COURT
FOR THE Eastern DISTRICT OF Texas

UNITED STATES OF AMERICA  
Plaintiff

FMC Carswell  
Place of Confinement

v.

21213-078  
FEDERAL REGISTER NUMBER

Shannon Richardson  
Defendant

5:13-CR-13  
Criminal Case Number

Defendant's Motion for Reduction of Sentence pursuant
to 18 U.S.C. 3582(c)(2) and Amendment
821 to the Federal Sentencing Guidelilnes:

**X** Based on U.S.S.G. 4C.1 Adjustment for Zero-Point Offenders (for those assessed zero criminal history points at sentencing)

\_\_\_ Based on U.S.S.G. 4A1.1(d) & (e) Criminal History Category (For those who recieved "status" points for being under a criminal justice sentence at the time of the offense)

Defendant has reviewed the respective amendments from the Sentencing Commission and believes the marked amendment(s) apply to her.

Therefore, Defendant asks this Honorable Court to adjust her sentence accordingly pursuant to 18 U.S.C. 3582(c)(2) and in consideration of the amendment(s) marked above.

Executed on this date of : December 27, 2023

Respectfully Submitted;

Defendant   Pro Se  
Printed Name: Shannon Richardson  
Reg.# 21213-078  
C/O FMC Carswell  
P.O. BOX 27137  
Fort Worth, Texas 76127