REQUEST FOR APPOINTMENT
OF ATTORNEY FOR
3582 (c)(2) SENTENCE REVIEW

Defendant: Shannon Guess Richardson

Cause number: 5:13cr13-1

Sentencing Judge: Schneider

Previous Counsel: Tonda Curry

Division: Texarkana

FPD/CJA requested  Wayne R. Dickey

Respectfully Submitted,

Date: 02/28/24  /s/ Wayne R. Dickey
Wayne R. Dickey
Assistant Federal Public Defender