**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | § | |
| v. | § | Criminal Action No. 5:13cr13-1 |
| Shannon Guess Richardson | § | |

**ORDER APPOINTING COUNSEL PURSUANT TO THE**
**CRIMINAL JUSTICE ACT**

The Court has determined that the above-named Defendant is in need of adequate representation in the above-styled case, and is otherwise qualified for appointment of counsel. Accordingly, the Court makes the following appointment pursuant to the Criminal Justice Act (18 U.S.C. 3006A):

### Appointment of Counsel

__X__   The Federal Public Defender is appointed as counsel for Defendant.

_____   _____, a member of the Criminal Justice Act Panel of this District, is appointed as counsel.

### Type of Appointment

Counsel is appointed to represent the Defendant in this motion for sentence reduction pursuant to 18 USC 3582(c)(2)

### Pending Motions

Because Defendant is now represented by counsel, the Court denies without prejudice any pro se motions seeking a sentence reduction pursuant to 18 U.S.C. 3582(c)(2). Although a defendant has the right to choose between pro se representation or attorney representation, a defendant does not have the right to a combination of both. *United States v. Mikolajczyk*, 137 F.3d 237, 246 (5th Cir. 1998) (citing *United States v. Daniels,* 572 F.2d 535, 540 (5th Cir.1978)). Any motion seeking a sentence reduction should be made through counsel.

**SIGNED this 29th day of February, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE