UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF TEXAS

| | |
|---|---|
| UNITED STATES OF AMERICA § | |
| § | |
| V. § | NO. 5:13CR13-1 |
| § | |
| SHANNON GUESS RICHARDSON(1) § | |

**MOTION FOR REDUCTION OF SENTENCE PURSUANT
TO 18 U.S.C. § 3582(c)(2)**

TO THE HONORABLE JUDGE OF THE UNITED STATES DISTRICT COURT FOR THE EASTERN DISTRICT OF TEXAS:

COMES NOW Defendant, by and through defendant's undersigned attorney, and files this, the defendant's *Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2)*, and would show this Honorable Court as follows, to-wit:

I.

**RELIEF REQUESTED**

Defendant's original guideline range was 188 months to 235 months, based on a total offense level of 36, and a criminal history category I. On, July 16, 2014, Defendant was sentenced to 216 months imprisonment. With the application of the 2023 retroactive guideline amendment, Defendant's total offence level would be 34, a criminal history category I and the guideline range would be 151 months to 188 months.

Defendant moves under 18 U.S.C. § 3582(c)(2) for an order reducing the defendant's term of imprisonment from 216 months to 151 months, based on the retroactive amendment to the sentencing guidelines.

Defendant's current proposed release date is November 18, 2028.

II.

**JURISDICTION**

This Court has jurisdiction to modify the defendant's sentence now under the plain language of 18 U.S.C. §3582(c)(2) which provides:

> In the case of a defendant who has been sentenced to a term of imprisonment based on a sentencing range that has subsequently been lowered by the Sentencing Commission pursuant to 28 U.S.C. § 994(o), upon motion of the defendant, the director of the Bureau of Prisons, or on its own motion, the court may reduce the term of imprisonment, after considering the factors set forth in section 3553(a) to the extent they are applicable, if such a reduction is consistent with applicable policy statements issued by the Sentencing Commission.

The predicate conditions conferring jurisdiction are met in this case. Defendant was sentenced based on a sentencing range that was subsequently lowered by the Sentencing Commission on November 1, 2023. *See* U.S.S.G. App. C, Amend. 821 . The Sentencing Commission promulgated a policy statement making the reduction retroactive. Amendment 821 became effective November 1, 2023. See U.S.S.G § 1 B 1.10.

### III.

### CONFERENCE

The undersigned counsel has conferred with the United States Attorney's Office, and they intend to file a written response.

### IV.

### CONCLUSION

WHEREFORE, PREMISES CONSIDERED, the defendant respectfully requests that this Honorable Court grant the *Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2)* and reduce the Defendant's sentence to 151 months.

Respectfully submitted,

/s/ Wayne R. Dickey
**WAYNE R. DICKEY**
Assistant Federal Defender
Eastern District of Texas
110 N. College Ste. 1122
Tyler, Texas 75702
(903) 531-9233
FAX: (903) 531-9625
Texas Bar Number: 05832020
*Attorney for Defendant*

## CERTIFICATE OF SERVICE

    I hereby certify that on the 19th day of September, 2024, a true and correct copy of the foregoing Defendant's   MOTION TO REDUCE SENTENCE PURSUANT TO 18 U.S.C. § 3582(c)(2) was sent via CM/ECF:

United States Attorney
110 N. College, Suite 700
Tyler, Texas 75702


                                  /s/ Wayne R. Dickey

                                *Attorney for Defendant*