# IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## TEXARKANA DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | § | |
| | § | |
| v. | § | No. 5:13-CR-00013-RWS |
| | § | |
| SHANNON GUESS RICHARDSON | § | |

## ORDER

Before the Court is the Defendant's Motion for Reduction of Sentence Pursuant to 18 U.S.C. § 3582(c)(2). Docket No. 103. Having reviewed the motion, it is

**ORDERED** that the Government respond to the motion within **thirty (30) days** of this order.

**So ORDERED and SIGNED this 19th day of December, 2024.**

ROBERT W. SCHROEDER III
UNITED STATES DISTRICT JUDGE