IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
TEXARKANA DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA | § |
| | § |
| v. | § NO. 5:13-cr-13-1 |
| | § |
| SHANNON GUESS RICHARDSON | § |

### GOVERNMENT'S RESPONSE IN OPPOSITION TO DEFENDANT'S MOTION FOR REDUCTION OF SENTENCE UNDER 18 U.S.C. § 3582(c)(2)

Defendant Shannon Guess Richardson has filed a motion under 18 U.S.C. § 3582(c)(2) (doc. 100) seeking a reduced sentence based on based on Part B, subpart 1 of Amendment 821 to the Sentencing Guidelines. While Richardson did have a criminal history score of zero, PSR (doc. 53) ¶ 50, she is not eligible for relief under the retroactive application of Part B to Amendment 821 because she "used violence or credible threats of violence in connection with the offense[.]" U.S.S.G. § 4C1.1(a)(3).[1] The record shows that Richardson used violence by sending actual ricin in letters sent to three people, including then-President of the United States Barak Obama and then-Mayor of New York City Michael Bloomberg. *Id.* at ¶¶ 8, 10, 12.

---

[1] While the probation department determined in the PSR that the terrorism enhancement under U.S.S.G. § 3A1.4(a) applied, PSR ¶ 40, at sentencing the Court did not apply it, Sentencing Tr. (doc. 79) 12-13.

<div style="margin-left: 50%;">

Respectfully submitted,

ABE McGLOTHIN JR.
ACTING U.S. ATTORNEY

*/s/ D. Ryan Locker*
D. RYAN LOCKER
Assistant United States Attorney
Texas Bar No. 24046307
110 N. College, Ste. 700
Tyler, Texas 75702
(903) 590-1400
(903) 590-1436 (fax)
Ryan.Locker@usdoj.gov

</div>